**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sara Twarek, | No. CV-20-00212-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Cheddar's Casual Cafe Incorporated, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation for Dismissal with Prejudice, and good cause appear.

**Accordingly,**

**IT IS ORDERED** that, pursuant to the Stipulation (Doc. 8), dismissing, with prejudice all claims in this action each party shall bear their own attorneys' fees and costs.

Dated this 8th day of September, 2020.

*David C. Bury*
United States District Judge